```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

BRENT JACOBY                           :
(AIS# 11012126),                       :
                                       :
    Plaintiff,                        :
                                       :
vs.                                    :     CIVIL ACTION 12-0197-WS-M
                                       :
BALDWIN COUNTY, *et al.*,              :
                                       :
    Defendant.                        :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Defendants, Baldwin County, Major Arthur L. "Dale" Byrne, Corporal William Crull, Corporal Kent Carr, Sheriff Huey Mack, Corporal Wallace McCall, Dr. Charles E. Sherman, Carla Wasdin be **DISMISSED** with prejudice from Plaintiff's Complaint.

    **DONE** this 22nd day of May, 2013.

                                     **s/WILLIAM H. STEELE**
                                     **CHIEF UNITED STATES DISTRICT JUDGE**