```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| BRENT JACOBY : | |
| (AIS# 11012126), : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION 12-0197-WS-M |
| : | |
| BALDWIN COUNTY, *et al*., : | |
| : | |
| Defendant. : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Defendants, Baldwin County, Major Arthur L. "Dale" Byrne, Corporal William Crull, Corporal Kent Carr, Sheriff Huey Mack, Corporal Wallace McCall, Dr. Charles E. Sherman, Carla Wasdin are hereby **DISMISSED** with prejudice from Plaintiff's Complaint.

**DONE** this 22nd day of May, 2013.

                                                              s/WILLIAM H. STEELE
                                                              **CHIEF UNITED STATES DISTRICT JUDGE**